**Joshua L. Thomas & Associates, PLLC**
**Joshua L. Thomas, Esq.**
225 Wilmington-West Chester Pike Suite 200
Chadds Ford, PA 19317
Phone:215-806-1733
Fax: 888-314-8910
E-mail: JoshuaLThomas@gmail.com

March 16, 2020

Via efiling
Judge Noel L. Hillman
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Case Name: ANTHONY EDWARDS AND MARVIN MINNEY, JR. v. WELLS FARGO BANK NATIONAL ASSOCIATION, et al.**
**Case Number: 1:19-cv-14409-NLH-KMW**

Dear Judge Hillman,

I hope you are doing well. This is a request to be permitted to have telephonic appearances for the hearing tomorrow, as opposed to being in person, particularly in light of the notice that has been posted today by the court regarding health concerns with visiting the court. In particular, I am currently watching over my toddler for two weeks, as his pre-school has shut down because of the current health risks, however even prior to the shut down, he was recovering from an illness, believe to be croup based on the symptoms. As such, I request that the hearing be permitted to be heard telephonically or that it be adjourned until after this current health crisis is over.

If you have any questions, please do not hesitate to call at 215-806-1733.

Thank you for your kind consideration,

 /s/ Joshua Thomas
Joshua Thomas, Esq.