Case 1:19-cv-14409-NLH-KMW   Document 12   Filed 04/02/20   Page 1 of 1 PageID: 684



CLERK, UNITED STATES DISTRICT COURT
P.O. BOX 2797
CAMDEN, NJ 08101
OFFICIAL BUSINESS

RETURN TO SENDER
DECEASED

NEOPOST    FIRST-CLASS MAIL
03/16/2020
US POSTAGE $000.50⁰
ZIP 08101
041M11292214

RECEIVED
MAR 25 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

---

**Other Orders/Judgments**

1:19-cv-14409-NLH-KMW EDWARDS et al v. WELLS FARGO BANK NATIONAL ASSOCIATION et al

**U.S. District Court**

**District of New Jersey [LIVE]**

**Notice of Electronic Filing**

The following transaction was entered on 3/16/2020 at 11:23 AM EDT and filed on 3/16/2020

Case Name: EDWARDS et al v. WELLS FARGO BANK NATIONAL ASSOCIATION et al
Case Number: 1:19-cv-14409-NLH-KMW
Filer:
Document Number: 11(No document attached)

Docket Text:
TEXT ORDER: Having received a request from Attorney Thomas to adjourn the hearing scheduled for tomorrow, March 17, 2020 (ECF No. 10), and the Court finding good cause to grant that request, the Court hereby adjourns the hearing previously scheduled for March 17, 2020 until April 7, 2020 at 2:00 p.m. The Clerk is Ordered to provide a copy of this Text Order to all individual plaintiffs via regular mail. So Ordered by Judge Noel L. Hillman on 3/16/2020. (gn)

1:19-cv-14409-NLH-KMW Notice has been electronically mailed to:

JOSHUA LOUIS THOMAS    joshualthomas@gmail.com

1:19-cv-14409-NLH-KMW Notice has been sent by regular U.S. Mail:

https://njd-ecf.sso.dcn/cgi-bin/Dispatch.pl?846840642707584
CM/ECF LIVE - U.S. District Court for the District of New Jersey