IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | MISCELLANEOUS |
| | : | |
| JOSHUA LOUIS THOMAS | : | NO. 20-mc-0049 |

### ORDER

**AND NOW**, this 1st day of April, 2020, it is hereby **ORDERED** that this matter is referred to a committee of this court, to be chaired by Judge Paul S. Diamond, in order for the said committee to make a recommendation to the court on this matter.

BY THE COURT:

 /s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ**
**Chief Judge**