IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY EDWARDS AND MARVIN MINNEY, JR.<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION, et al.,<br><br>Defendants. | CIVIL ACTION NO. 1:19-cv-14409-NLH-KMW<br><br>*Civil Action* |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: October 12, 2020                    ___/s/ Joshua Thomas_____
                                            Joshua L. Thomas, Esq.
                                            225 Wilmington-West Chester Pike Suite 200
                                            Chadds Ford, PA 19317
                                            Phone: 215-806-1733
                                            Fax: 888-314-8910
                                            Email: JoshuaLThomas@gmail.com
                                            Atty ID# 003992012