UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE
JUDGE NOEL L. HILLMAN

JULY 7, 2021
DATE OF PROCEEDINGS

COURT REPORTER: Robert T. Tate

Docket # CIVIL 19-14409 (NLH)

TITLE OF CASE:

ANTHONY EDWARDS, et al.
    PlAINTIFF PRESENT.
        v.

WELLS FARGO BANK NATIONAL ASSOCIATION, et al.
   DEFENDANT NOT PRESENT

APPEARANCES:
Joshua L.Thomas, Esq.
Anthony Edwards pro se

NATURE OF PROCEEDINGS:   ORDER TO SHOW CAUSE HEARING
Order to show cause hearing held why this matter should not be referred to the Chief Judge for consideration as to the appropriateness of disciplinary action pursuant to Local Civil Rule 104.1(e).
re: Order Doc. [7].
Order to be entered.


Time Commenced: 2:30 p.m.
Time Adjourned: 3:30 p.m.
Total Time: 1 Hr.

                                          s/GN
                                          DEPUTY CLERK