Dear Judge Hillman,                                8·16·21

I write to you today to say thankyou very much for hearing my case. Myself and my wife was very happy that we were finally able to put all this untruth that Mr. Thomas and Mr. Barksdale to an halt. I am glad that you were able to see through there many lie's that other Judges did not. I was never once called to tell my side of there claims because I was not even aware they had been in court telling these other Judges that they were representing me and they were not. I'm still trying to figure out what I can do about them completly ruining my credit. Me and my wife just want to buy our own Home. I would like to ask you is the Court able to write me some kind of letter of verification that I was being Frauded when it comes to 37 Leelove's Property. We, My Wife and Myself are still trying to understand our rights in this matter and for all these years of this unimaginative stress on our lives. I think Mr. Thomas & Mr. Barksdel should be Sanctioned and I'm not sure how to do it but I'm thinking civil sanction as well. Thankyou so much for hearing this case.

Anthony D. Edward

RECEIVED
AUG 19 2021
AT 8:30        M
WILLIAM T. WALSH
CLERK

1:19-CV-14409

Anthony D. Edwards
95 Fawn Court
Lumberton NJ 08048

Clerk, United States District Court
P.O. Box 2797
Camden, NJ 08101

08101-279797